William HOHLT, Employee/Appellant,

v.

CHRYSLER CORPORATION,
Employer/Respondent,

and

Treasurer State of Missouri, as Custodian of the Second Injury Fund,
Additional Party/Respondent.

No. ED 77277.

Missouri Court of Appeals,
Eastern District,
Division Two.

Aug. 15, 2000.

Evan J. Beatty, St. Louis, for appellant.

Batsy J. Levitt, St. Louis, for respondent.

Before CLIFFORD H. AHRENS, P.J., WILLIAM H. CRANDALL, Jr., J., and JAMES R. DOWD, J.

## ORDER

PER CURIAM.

Claimant, William Hohlt, appeals from a decision by the Labor and Industrial Relations Commission denying his claim for workers' compensation. The decision is supported by competent and substantial evidence on the whole record; no error of law appears. A written opinion would have no precedential value. However, the parties have been furnished with a memorandum, for their information only, setting forth the reasons for this order.

The decision of the Labor and Industrial Relations Commission is affirmed. Rule 84.16(b).